No. 94–7735. ROBINSON v. CITY OF SYLVANIA, OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 94–7736. PRICE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–7738. WYATT v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–7739. OMUSO v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 10th Cir. Certiorari denied.

No. 94–7742. WEBB v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 94–7752. STEELE v. CHICAGO POLICE DEPARTMENT ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–7753. SIMS v. LEFEVRE, SUPERINTENDENT, FRANKLIN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–7754. SEAGLE v. MERKEL ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–7755. SIGMON v. BISHOP ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–7760. JOHNSON v. KAMMINGA ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–7764. LLOYD v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 94–7768. KING v. COOKE ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–7774. MCNACK v. RUNYON, POSTMASTER GENERAL, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–7776. BOUSCHER v. PIERCE COUNTY, WASHINGTON, ET AL.; and BOUSCHER v. OREGON ET AL. C. A. 9th Cir. Certiorari denied.